IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

UNITED STATES OF AMERICA

v.                                               CRIMINAL NO. 2:03cr33DCB-JMR

FRANK McAFEE III

## ORDER GRANTING GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE

BEFORE THE COURT is the Government's Motion for Reduction of Sentence pursuant to FED. R. CRIM. P. 35(b) filed July 26, 2006, in the above captioned cause. Based on the Government's recommendation and representation concerning the substantial assistance rendered by the above-captioned individual, the Court finds that the Government's Motion for Reduction of Sentence is well taken and should be granted. Accordingly,

**IT IS ORDERED AND ADJUDGED** that the Government's Motion for Reduction of Sentence pursuant to FED. R. CRIM. P. 35 (b) filed July 26, 2006, [Docket #45] should be and is hereby **GRANTED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the sentence of imprisonment of FRANK McAFEE III, in Criminal No. 2:03cr33DCB-JMR should be and is hereby reduced to eighty-seven (87) months in the custody of the Bureau of Prisons.

**IT IS FURTHER ORDERED AND ADJUDGED** that in all other aspects, the sentence remains the same.

**SO ORDERED AND ADJUDGED,** this the 14th day of August, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE